■ RIVER VALLEY FARMS CO., INC., Appellant, v BRUNNERS SOUTHTOWN POULTRY, INC., Defendant, and DONALD BRUNNER, Respondent. [632 NYS2d 1012] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cosgrove, J. (Appeal from Order of Supreme Court, Erie County, Cosgrove, J.—Dismiss Complaint.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ In the Matter of TAMBRA CARLISLE, Respondent, v IBRIHIM SABUR, Appellant. [632 NYS2d 1011] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Szczur, J. (Appeal from Order of Erie County Family Court, Szczur, J.—Custody.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ H.H. NORTH SHOPPING CENTER, INC., Appellant, v CHICAGO TITLE INSURANCE COMPANY, Respondent. (Appeal No. 2.) [632 NYS2d 994] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Frazee, J.—Summary Judgment.) Present—Pine, J.P., Fallon, Wesley, Doerr and Davis, JJ.